E-FILED
Wednesday, 10 February, 2021  02:18:08 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

| | | |
|---|---|---|
| Monta Y. Anderson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:17-cv-01542-MMM |
| United States of America | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Monta Y. Anderson                                                                                            .

Date:     02/10/2021

/s/ Eric S. Fleddermann
*Attorney's signature*

Eric S. Fleddermann | 6329683
*Printed name and bar number*

353 N Clark St.
Chicago, IL 60654

*Address*

efleddermann@jenner.com
*E-mail address*

(312) 840-7397
*Telephone number*

(312) 527-0484
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Monta Y. Anderson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:17-cv-01542-MMM |
| United States of America | ) | |
| *Defendant* | ) | |

CERTIFICATE OF SERVICE

I certify that on  02/10/2021        , I electronically filed the foregoing with the Clerk of the

Court using the CMECF system which will send notification of such filing to the following:

 Paul B. Morris; W. Scott Simpson                                                                                                        ,

and I certify that I have mailed by the United States Postal Service the document to the following

non CMECF participants:

_____.

/s/ Eric S. Fleddermann
*Attorney's signature*

Eric S. Fleddermann | 6329683
*Printed name and bar number*

353 N Clark St.
Chicago, IL 60654

*Address*

efleddermann@jenner.com
*E-mail address*

(312) 840-7397
*Telephone number*

(312) 527-0484
*Fax number*