AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| Monta Y. Anderson | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:17-cv-01542-MMM |
| United States of America | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Monta Y. Anderson                              .

Date:   02/10/2021

/s/ Andrew W. Vail
*Attorney's signature*

Andrew W. Vail | 6279951
*Printed name and bar number*

353 N Clark St.
Chicago, IL 60654

*Address*

avail@jenner.com
*E-mail address*

(312) 840-8688
*Telephone number*

(312) 527-0484
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| Monta Y. Anderson | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-01542-MMM |
| United States of America | ) | |
| *Defendant* | ) | |

CERTIFICATE OF SERVICE

I certify that on 02/10/2021, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

Paul B. Morris; W. Scott Simpson,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

/s/ Andrew W. Vail
*Attorney's signature*

Andrew W. Vail | 6279951
*Printed name and bar number*

353 N Clark St.
Chicago, IL 60654

*Address*

avail@jenner.com
*E-mail address*

(312) 840-8688
*Telephone number*

(312) 527-0484
*Fax number*