Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Monta Y. Anderson,** ) | |
| ) | |
| **Petitioner-Defendant** ) | |
| ) | |
| vs. ) | **Criminal Case Number:** 13-cr-10064 |
| ) | |
| **United States of America,** ) | **Civil Case Number:** 17-cv-1542 |
| ) | |
| **Respondent-Plaintiff** ) | |

## JUDGMENT ON MOTION UNDER 2255

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's petition filed pursuant to 28 U.S.C. §2255 is DENIED.   The Court GRANTS a Certificate of Appealability on the issues of whether Petitioner was prejudiced.

**Dated: 07/29/2022**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

*MMM*